UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DAPHNEE JANE ANDRE-RODNEY; JOHN LUDEWIG; ORIE MONROE; RYAN G. RICHARDS; RAYMOND SMITH; PAUL J. WILLIAMS; SYED AZAD; MICHAEL THOMAS FINELLI; and BRYAN REEVES,

                        *Plaintiffs*,

-against-

KATHY HOCHUL, in her official capacity as Governor of New York State; NEW YORK STATE; HOWARD ZUCKER, in his official capacity as Health Commissioner of New York State; NEW YORK STATE DEPARTMENT OF HEALTH; NEW YORK STATE PUBLIC HEALTH and PLANNING COUNCIL,

                        *Defendants*.

**NOTICE OF APPEARANCE**

1:21-cv-1053
(BKS/CFH)

---

PLEASE TAKE NOTICE that defendants hereby appear by the undersigned, whose address and telephone numbers are set forth below.

Dated: Albany, New York
       October 1, 2021

                                      LETITIA JAMES
                                      Attorney General of the State of New York
                                      Attorney for Defendants
                                      The Capitol
                                      Albany, New York 12224

                                      By: *s/Jorge A. Rodriguez*_____
                                      Jorge A. Rodriguez
                                      *Assistant Attorney General*, of Counsel
                                      Bar Roll No.: 516423
                                      Telephone: (518) 776-2179
                                      Email: Jorge.Rodriguez@ag.ny.gov

By: *s/Brittany M. Haner*
Brittany M. Haner
*Assistant Attorney General*, of Counsel
Bar Roll No.: 700987
Telephone: (518) 776-2389
Email: Brittany.Haner@ag.ny.gov

To:   VIA ECF
       All Counsel of Record