

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

Writer Direct:  (518) 776-2179

October 14, 2021

VIA ECF  
Hon. Brenda K. Sannes, U.S. District Judge  
Federal Building and U.S. Courthouse  
P.O. Box 7336  
Syracuse, NY 13261-7336

    Re:    Andre-Rodney, et al., v. Hochul, et al.  
           Docket No. 21-1053 (BKS)(CFH)

Honorable Judge Sannes:

    This office represents Defendants in the above-referenced litigation.  Plaintiffs commenced the above-referenced action against Defendants, asserting violations of rights under the U.S. Constitution resulting from the issuance of a vaccination mandate requiring workers at healthcare facilities to be vaccinated against COVID-19.  Presently before the Court is a motion for a preliminary injunction, seeking a stay of enforcement of the vaccine mandate pending the resolution of this case, which has been fully briefed.  The Court has scheduled oral arguments on this motion for October 21, 2021.  (See Dkt at Text Notice, dated October 14, 2021).

    Defendants respectfully request that the Court stay the deadline to answer or move against the Complaint pending a determination by the Court of the motion for preliminary injunction.  The undersigned reached out to Plaintiffs' counsel seeking their consent to this request on October 13, 2021, but has not yet received a response.

    We thank the Court for its consideration.

                                                    Respectfully submitted

                                                  *s/Jorge A. Rodriguez*  
                                                  Jorge A. Rodriguez  
                                                  Assistant Attorney General

CC:    VIA ECF  
          All Counsel of Record