

October 19, 2021

**VIA U.S. MAIL**
Hon. Brenda K. Sannes
U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, N.Y 13261-7336

      Re:    *Andre-Rodney et al. v. Hochul et al., 21-cv-01053*

Dear Judge Sannes:

As the Court is aware, a telephonic motion hearing for the subject case is set for October 21, 2021. Due to a scheduling conflict with a plea hearing in the Middle District of Florida, I respectfully request an adjournment of this telephonic motion hearing until October 27, 2021 or October 28, 2021.

Counsel for Defendants, Assistant Attorney General Jorge A. Rodriguez, consents to this request, but is only available October 27, 2021 through October 29, 2021.

I appreciate the Court's consideration and accommodation.

Respectfully,

Dennis C. Vacco

**Dennis C. Vacco** | Partner | dvacco@lippes.com

50 Fountain Plaza, Suite 1700, Buffalo, NY 14202  **Phone:** 716.853.5100   **Fax:** 716.853.5199   **lippes.com**
New York: Albany, Buffalo, New York City, Rochester // Florida: Jacksonville // Illinois: Chicago // Ontario: Greater Toronto Area // Washington, D.C.